**ORIGINAL**

CV-17-6307
(ENV) (JO)
10-30-17

PLAINTIFF

FROM BOYSIN RALPH LORICK
CYNTHIA THERESA LORICK
38 UTICA Rd.
EDISON, N.J. 08820

EMERGENCY REQUEST
FOR STAY IN MY BANKRUPTCY
CASE # 16-45645 NHL

Defendant - ① Judge NANCY HERSHEY LORD
US BANKRUPTCY COURT
EASTERN DISTRICT OF N.Y.
CONRAD B. DUBERSTEIN US COURTHOUSE
SUITE 1595
BROOKLYN, N.Y. 11201-1800

② ORTIZ and ORTIZ
NORMA ORTIZ
MARTHA JESUS
32-72 STEINWAY ST.
ASTORIA, N.Y. 11103

Rec'd 10/31/17

RECEIVED
OCT 30 2017
PRO SE OFFICE

When You are underrepresented and Misrepresented.
I know for a fact I was—

1. A Mortgage takes 60-90 days to obtain and process—
2. The Judge was quite sensitive to the fact that a Mortgage take that kind of time.

3. The Judge said you may need more time, May be Sept 11th. May be even a little more time than that. I applaud you for that judge

4. Norma - if her interest in representing me she would have phrase the Auction date in a similar way.

5. The Judge said to give it to an Auctioneer that runs Auction in A Big Hotel Setting.

6. No one take an Auction in A funeral Home setting. It was only two legal bidders in the room. Two was late comers. Past due date. One condemned

7. It was the Only way "Ari" Schwartz could have had a crack to buy at his price.

8. Although Mohammad had a higher buying price she continue to mention and have Ari show up at the hearing

9. When I ask you (Norma) where this Auction came from—"Are you kidding me!" You never gave me a professional Answer. For $350.00 an hour you treated me as you doing me a favor. So I should or was told of the Auction. That Answer sicken my stomach.

10. You (Norma) never made a representation for Mohammad to purchase.

I was not the only one that saw through that you wanted Ari to buy. There was two others had strong insight in that.

I told my family and my friends that my Attorney was going to put the screws to me.

Why did we waited this long to make a move to pay the back.

When you go shopping for this long brokers and lenders think you are speculating. They want money up front.

All the Mours Norma made was to hang me to dry. Sell to ARI SCHWARTZ.

SHE - Ms ORTIZ HAS BEEN TAKEN TO COURT FOR BRINGING BROKERS OF HER CHOICE TO BUY CLIENTS PROPERTIES.

I will like a lawyer of my choice to represent my case.

I will like state court to intervene.

I will like my first amendment right to be give to me which was denied.

My 38 APT. Building is being sold which I have the money to pay to all my debts.

I have the refinancing in place.

A I need is a chance.

For 30 YRS. I spent building a business with my family.

I have spent most of my spear time working to build a strong business.

Please help me.

Boysin Lorick
BOYSIN LORICK

Cynthia Lorick
CYNTHIA LORICK